UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Docket No. 1:16-CV-12517-DPW

| | |
|---|---|
| TIMOTHY P. CUSICK,  :  |   |
|     Plaintiff  : |   |
| vs.  : | NOTICE OF VOLUNTARY |
|  : | DISMISSAL |
| LVNV FUNDING, LLC,  : |   |
|     Defendant  : |   |

Comes the plaintiff, by counsel, pursuant to F. R.Civ.P. 41(a)(1)(A)(i), and dismisses this action with prejudice and without costs.

    */s/ Deborah G. Roher*
    DEBORAH G. ROHER, Attorney for Plaintiff
    BBO #552047
    56 N. Main Street, #413
    Fall River, MA 02720
    (508) 672-1383
    info@roherlaw.net

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of the foregoing Notice of Voluntary Dismissal, first-class postage prepaid, to Ajay Grayson, CP, Litigation Case Manager, Resurgent Capital Services, 55 Beattie Place, Ste 110, MS 402, Greenville, SC 29601, this 15th day of February, 2017.

    */s/ Deborah G. Roher*
    Deborah G. Roher